**FILED**
**JAN 0 4 2023**
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CAUSE NO: 22-CR-00232-XR |
| MARIO CHAPA | § § | |

## ORDER

THIS MATTER having come before the Court on Defendant's Motion to Amend Bond Conditions, and after considering same it is hereby GRANTED.

IT IS HERBY ORDERED that Defendant's conditions of bond are amended to allow Defendant to visit his grandmother at the Seasons Alzheimer's Care and Assisted Living, 8245 Old Tezel Rd., San Antonio, TX. Defendant can visit his grandmother regularly, but no more than once per week. Defendant must remain in the presence of one of his 3rd-party custodians at all time. Defendant can pick up his grandfather before the visits and return his grandfather to his residence after each visit. Defendant must abide by all other conditions not affected by this order.

SIGNED AND ENTERED, on this the 4th day of January, 2024.

_____
UNITED STATES MAGISTRATE JUDGE